1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY BRYAN RODRIGUEZ,              Case No. 1:25-cv-01002-JLT-CDB (SS)

12              Plaintiff,                 ORDER ON SECOND STIPULATION
                                           EXTENDING DEFENDANT'S TIME TO
13        v.                               FILE A RESPONSE TO PLAINTIFF'S
                                           COMPLAINT
14   COMMISSIONER OF SOCIAL
     SECURITY,                             (Doc. 12)
15
                Defendant.
16

17        Pending before the Court is Defendant's second stipulated request to extend the deadline to

18   file a response to Plaintiff's complaint from November 12, 2025, through and including December

19   19, 2025.  (Doc. 12).

20        For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

21   1.  Defendant shall file a copy of the administrative record by no later than **December 19,**

22        **2025**; and

23   2.  Plaintiff's motion for summary judgment, the cross-motion for summary judgment, and any

24        optional reply shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶¶ 3-

25        5).

26   IT IS SO ORDERED.

27        Dated:    **November 5, 2025**        _____

28                                             UNITED STATES MAGISTRATE JUDGE