UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BRYAN RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:25-cv-01002-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

　　Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from January 15, 2026, to March 16, 2026. (Doc. 15).

　　For good cause shown, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **March 16, 2026**. The time for filing a response and any optional reply brief remains as set by the scheduling order. *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:　**January 7, 2026**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE