UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BRYAN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01002-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 19) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from April 15, 2026, through and including June 4, 2026. (Doc. 19).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **June 4, 2026**; and

2. Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order. (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated:    **April 13, 2026**

_____
UNITED STATES MAGISTRATE JUDGE