ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BRYAN RODRIGUEZ,<br><br>     Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Civil No. 1:25-cv-01002-JLT-CDB<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will further consider the medical and testimonial evidence, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stipulation; Order                              Page 1                    Case No. 1:25-cv-01002-JLT-CDB

Respectfully submitted,

Dated: June 3, 2026    PENA AND BROMBERG, PC

By:/s/ Jonathan Pena*

JONATHAN PENA
Attorneys for Plaintiff
[*As authorized by e-mail on Jun. 3, 2026]

Dated: June 3, 2026    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By:    /s/ Margaret Branick-Abilla

MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to stipulation:

1. This action is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will further consider the medical and testimonial evidence, take further action to develop the administrative record, as necessary, and issue a new decision.

2. The Clerk of Court is directed to enter final judgment in favor of Plaintiff, and against Defendant and to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  June 4, 2026

UNITED STATES DISTRICT JUDGE

Stipulation; Order    Page 2    Case No. 1:25-cv-01002-JLT-CDB